# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DON MORGAN,                             :

      Plaintiff,                     :

                                                             Case No. 3:15-CV-89

  vs

FRED MEYER JEWELERS, INC,               :

                                                             District Judge Thomas M. Rose
                                                             Magistrate Judge Michael J. Newman

      Defendant.                     :

## ORDER OF DISMISSAL: TERMINATION ENTRY

       The Court having been advised that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

       Parties may submit a substitute Judgment Entry once settlement is consummated within the sixty (60) day period.  Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

       IT IS SO ORDERED.

                                                                   *s/Thomas M. Rose*

Date: **September 14 , 2015**

                                                                   Thomas M. Rose, Judge
                                                                   United States District Court